UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cortez Beacham, | Case No. 20-cv-0727 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Planet Home Lending, et al., | |
| Defendant. | |

This matter is before the Court on the April 24, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 4.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

### ORDER

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The April 24, 2020 R&R, (Dkt. 4), is **ADOPTED**.

2. Plaintiff Cortez Beacham's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED**.

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 24, 2020                                  s/Wilhelmina M. Wright
                                                                    Wilhelmina M. Wright
                                                                    United States District Judge